## THIRD DEPARTMENT, MARCH, 1919.

CULLMAN WHEEL COMPANY, Respondent, v. GLEN WAGON AND CAR CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs.

J. JOHN HASSETT, Respondent, v. HARRIET ARNOT RATHBONE, Defendant, and T. BRIGGS & COMPANY, Appellant.— Interlocutory judgment unanimously affirmed, with costs.

In the Matter of the Judicial Settlement of Accounts of BOYD McDOWELL and Others, as Executors, etc., of ROBERT M. McDOWELL, Deceased. In the Matter of the Judicial Settlement of the Accounts of BOYD McDOWELL and Others, as Testamentary Trustees under the Last Will and Testament of ROBERT M. McDOWELL, Deceased.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of BRIDGET HART for Compensation under the Workmen's Compensation Law for the Death of PATRICK HART, Respondent, v. WILSON & Co., INC., Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of PARASKEVIA MYSHEKIA, Respondent, for Compensation to Herself and Children under the Workmen's Compensation Law for the Death of THEODOSIA PICHOWITZ, v. CHARLES WARD HALL, Employer, and THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of FELIX BRASTOWICZ, Respondent, for Compensation under the Workmen's Compensation Law, Claimant, v. DOEHLER DIE CASTING COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by HILDA LINDFORS, on Behalf of Herself and Infant Son, Respondent, on Account of the Death of HJALMER LINDFORS, Claimant, v. HOWARD E. WHEELER, Employer, and STANDARD ACCIDENT INSURANCE COMPANY, Insurance Carrier, Appellants. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by HJALMER LINDFORS, Respondent, v. HOWARD E. WHEELER, Employer; and STANDARD ACCIDENT INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CARL MILLER, Respondent, for Compensation under the Workmen's Compensation Law, v. HALCOMB STEEL COMPANY, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.